UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:03-CR-167-MU

UNITED STATES OF AMERICA

v.

KEVIN BRENT CRAFT

ORDER

THIS MATTER is before the Court upon the Motion of both parties to terminate Kevin Craft's period of supervised release.

For good cause shown, the Court will grant the Motion.

IT IS THEREFORE ORDERED that Mr. Craft's period of supervised release and any probationary conditions thereof are hereby terminated.

Signed: August 30, 2007

Graham C. Mullen
United States District Judge