# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:03-CR-167-GCM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| KEVIN BRENT CRAFT, ) | |
| Defendant ) | |
| and ) | |
| CFAM-NC, LLC, ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 40) filed March 2, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government seeks "dismissal of the Writ of Continuing Garnishment filed on April 29, 2021, (Doc. No. 37) against the Defendant for reason that the balance of the assessment, fine and restitution debt has been satisfied." (Document No. 40).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 40) is **GRANTED**.

Signed: March 2, 2022

David C. Keesler
United States Magistrate Judge